IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID JEFFERSON,<br><br>    Defendant.<br>_____ | No. CR-11-114 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE SENTENCING**<br>**DATE**<br><br>Date: July 05, 2011<br>Time: 2:00 p.m.<br>Court: The Honorable William H. Alsup |

Undersigned counsel stipulate as follows:

1. The sentencing hearing in this matter is currently set for July 5, 2011, at 2:00 p.m.;

2. Defense counsel will be on work-related travel in American Samoa from June 30, 2011 to July 8, 2011, and therefore cannot appear on July 5, 2011;

3. Accordingly, counsel for Mr. Jefferson and the government thus hereby stipulate and respectfully request the Court to grant a continuance for the sentencing hearing in the aforementioned matter to July 12, 2011, at 2:00 p.m.

4. Defense counsel has contacted the probation officer, Sara Rizor-Black and she has no objection.

**IT IS SO STIPULATED**

Dated: April 27, 2011                                  /s/_____
                                                      ELIZABETH M. FALK
                                                      Assistant Federal Public Defender


Dated: April 27, 2011                                  /s/_____
                                                      ANDY SCOBLE
                                                      Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter set for July 5, 2011, is vacated. The sentencing date shall be continued to July 12, 2011 at 2:00 p.m.

**IT IS SO ORDERED**

Dated: April 29, 2011.                                 _____
                                                      THE HONORABLE WILLIAM H. ALSUP
                                                      UNITED STATES DISTRICT JUDGE