IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00114 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING DEFENDANT'S MOTION FOR PERMISSION TO USE THE COURTROOM POST-SENTENCING** |
| DAVID JEFFERSON, | |
| Defendant. / | |

The judge has no objection to defendant's use of the courtroom post-sentencing on July 13 as long as the Marshal and counsel for the government have no objection. Otherwise they will have to be consulted.

**IT IS SO ORDERED.**

Dated: July 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE